B27 (Official Form 27) (12/09)

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUN 14 2010 PM 04:49

M. REGINA THOMAS,
CLERK

_____
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re **Ruby J. Barnes**
         Debtor

Case No. **10-72796-pwb**
Chapter **7**

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: **Auto Acceptance**

2. Amount of the debt subject to this reaffirmation agreement:
   $**6841.66** on the date of bankruptcy    $**6841.66** to be paid under reaffirmation agreement

3. Annual percentage rate of interest: **23.99** % prior to bankruptcy
   _____% under reaffirmation agreement (____ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $**330** per month for **21** months

5. Collateral, if any, securing the debt: Current market value: $**3,500**
   Description: **$2000.00 down payment**

6. Does the creditor assert that the debt is nondischargeable? ____Yes ____No **?**
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from Schedule I, line 16    $**3,509** | 7B. Monthly income from all sources after payroll deductions    $**3,509** |
| 8A. Total monthly expenses from Schedule J, line 18    $**3,490** | 8B. Monthly expenses    $**3,490** \* |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J    $**0** | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses    $**0** |
| | 10B. Net monthly income    $**19**
(Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

\* Includes 330.00 car payment.

B27 (Official Form 27) (12/09)                                                                                              Page 2

11.  Explain with specificity any difference between the income amounts (7A and 7B):


12.  Explain with specificity any difference between the expense amounts (8A and 8B):


If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

*Ruby Jewel Barnes*
Signature of Debtor (only required if
line 11 or 12 is completed)

Signature of Joint Debtor (if applicable, and only
required if line 11 or 12 is completed)

Other Information

☐    Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:


Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
    ✗ Yes            ✓ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
    ____ Yes          ____ No


### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

*Ruby Jewel Barnes*
Signature

*Ruby Jewel Barnes*
Print/Type Name & Signer's Relation to Case

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUN 14 2010 PM 04:

M. REGINA THOMAS,
CLERK

BY:_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 7
:
: CASE NO. 10-72796-PWB
RUBY JEWEL BARNES
a/k/a Jewel Barnes,

Debtor.

## REAFFIRMATION AGREEMENT

This Reaffirmation Agreement entered into by and between Automobile Acceptance Corporation ("Creditor") and Ruby Jewel Barnes, ("Debtor").

WITNESSETH:

WHEREAS, Debtor filed the above-styled Chapter 7 Petition, seeking to discharge debts; and

WHEREAS, Creditor holds a claim against Debtor, secured by a Certificate of Title to a 2004 Dodge Stratus ;

WHEREAS, Debtor desires to reaffirm the aforementioned debt; and

WHEREAS, Creditor will allow Debtor to reaffirm the indebtedness, subject to the terms and conditions set forth hereinbelow.

NOW, THEREFORE, for and in consideration of the mutual agreements and covenants herein contained, the parties agree as follows:

1. <u>This Reaffirmation Agreement may be rescinded by Debtor at any time prior to discharge, or within sixty (60) days after the filing of this Reaffirmation Agreement with the Court, whichever occurs later, by Debtor giving written notice of rescission to Creditor at Sicay-Perrow, Knighten, & Bohan , PC, Suite 3475, Georgia Pacific Center 133 Peachtree Street, NE Atlanta, GA 30303.</u>

2. <u>This Agreement is not required by bankruptcy law, non-bankruptcy law, or any agreement not in accordance with 11 U.S.C. § 524(c)(2)(A).</u>

3. If this Agreement is rescinded, all payments made prior to rescission shall be considered reimbursement to Creditor for the fair rental use of the subject property or as compensation to Creditor for its forbearance. In either case, Creditor shall retain all payments made prior to rescission.

4. This summary is made pursuant to the requirements of the Bankruptcy code. Creditor holds a security interest in 2004 Dodge Stratus purchased in the amount of $10,007.32. The **Amount Reaffirmed** is $6,841.66. Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure. Consult your credit agreement. The **Annual Percentage Rate** is 23.99%.

{(if variable APR) Note: The interest rate on your loan may be a variable interest rate which changes from time to time, so that the annual percentage rate disclosed here may be higher or lower.}

Your payment schedule will be: the first payment in the amount of $330 is due on ~~May 1,~~ *July, 2010* 2010, and with all future payments due on the 1 day of each month. *No*

[handwritten: *PGP*]

Part B: Reaffirmation Agreement, I (we) agree to reaffirm the debts arising under the credit agreement described below.

Brief description of the credit agreement:

**Security:** You are giving a security interest in the 2004 Dodge Stratus.

**Late Charge:** If a payment is more than 10 days late, you will be charged $16.5

.

**Default:** You will be in default on this reaffirmation agreement if any one of the following occurs (except as provided by law): (A) You fail to perform any obligation that you have undertaken in this reaffirmation agreement. (B) We, in good faith, believe that you can not, or will not, pay or perform the obligations you have agreed to in this reaffirmation agreement. If you default, you agree to pay our costs for collecting amounts owing, including court costs, reasonable attorneys' fees (if referred for collection to an attorney) and fees for repossession, repair, storage and sale of the Property securing this Contract.

**Property Insurance:** You are to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible in the amount of $500.00. You will name *Creditor* as loss payee on any such policy in the event of loss or damage to the Property. You agree that if the insurance proceeds do not cover the amount you still owe *Creditor*, you will pay the difference. You must keep the insurance in full force and effect until the contract is paid in full. If you fail to obtain or maintain this insurance, or name *Creditor* as loss payee, *Creditor* may obtain insurance to protect our interest in the Property. You must insure the vehicle securing this agreement. The Collision Coverage and Comprehensive Coverage deductibles may not exceed $500.00.

Description of any changes to the credit agreement made as part of this reaffirmation agreement: NONE

<u>This Reaffirmation Agreement may be rescinded by Debtor at any time prior to discharge,</u>

or within sixty (60) days after the filing of this Reaffirmation Agreement with the Court, whichever occurs later, by Debtor giving written notice of rescission to Creditor at : Sicay-Perrow, Knighten, & Bohan , PC, Suite 3475, Georgia Pacific Center 133 Peachtree Street, NE Atlanta, GA 30303.

This Agreement is not required by bankruptcy law, non-bankruptcy law, or any agreement not in accordance with 11 U.S.C. § 524(c) (2)(A).

If this Agreement is rescinded, all payments made prior to rescission shall be considered reimbursement to Creditor for the fair rental use of the subject property or as compensation to Creditor for its forbearance. In either case, Creditor shall retain all payments made prior to rescission.

If a presumption of undue hardship has been established with respect to such agreement, such certification shall state that in the opinion of the attorney, the debtor is able to make the payment. ***Statement "B" is not required if reaffirming a debt with a credit union.***

Debtor(s): *Ruthy Jewel Barnes*            Date: 6/9/10

Accepted by Creditor: _____            Date: _____

Part C: Certification by Debtor's Attorney (if Any).

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.
    This ____ day of _____, 2010.


_____
Debtor's counsel
Bar Number _____

Part D: debtor's Statement in Support of Reaffirmation Agreement.

1. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or me. I can afford to make the payments on the reaffirmed debt because my monthly