**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Ruby Jewel Barnes**
7351 Alden Ridge Rd
Jonesboro, GA 30236

Case No.: **10−72796−pwb**
Chapter: **7**

**xxx−xx−3894**

# Notice of filing of Deficient Reaffirmation Agreement

# Re: Reaffirmation Agreement with Auto Acceptance

Please take note that the Reaffirmation Agreement filed with the Court in the above−captioned bankruptcy case is missing:

- ☐ the signature of the Debtor.
- ☑ the signature of the Creditor.
- ☑ the required dollar figures (Debtor's Statement in Support of Reaffirmation Agreement).

Please file an amended reaffirmation agreement as soon as possible to provide the missing information or signatures. If a hearing on this agreement has been requested, the Court will schedule a hearing after the amended agreement has been filed

Dated: June 16, 2010

M. Regina Thomas
Clerk of Court

Form 425 − Reaff deficiency