UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RUBY JEWEL BARNES, | : | CASE NO.   10-72796-PWB |
|   a/k/a Jewel Barnes, | : | |
| | : | |
|   Debtor. | : | |
| _____ _____ _____ _____ _____ _____ | : | _____ _____ _____ _____ _____ _____ |
| | : | |
| AUTOMOBILE ACCEPTANCE CORPORATION, | : | |
| | : | |
|   Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| RUBY JEWEL BARNES, Debtor, and JEFFREY K. KERR, Chapter 7 Trustee, | : | |
| | : | |
|   Respondents. | : | |

## MOTION TO DELAY DISCHARGE

COMES NOW Automobile Acceptance Corporation ("Creditor") and files this Motion To Delay Discharge, showing the Court the following:

1.

Debtor filed this Chapter 7 case in the Northern District of Georgia, Atlanta Division.

2.

The Debtor has indicated an intention to reaffirm on an obligation to Creditor.

3.

Upon information and belief, the Debtor has signed the proposed reaffirmation agreement, and is in the process of returning it to the office of Creditor's counsel.

WHEREFORE, Creditor prays that this Court enter an order delaying discharge by thirty (30) days from the entry thereof in order for the parties to file the proposed reaffirmation agreement, and for such other relief as this Court deems just and proper.

Respectfully submitted,

/s/            Mark J. Windham         
Mark J. Windham, GA Bar No. 113194
Sicay-Perrow, Knighten & Bohan, P.C.
133 Peachtree Street, Suite 3475
Atlanta, GA 30303
mjw@sicay-perrow.com
Tel:  404.589.1832
Fax: 404.589.1833

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RUBY JEWEL BARNES, | : | CASE NO.   10-72796-PWB |
| a/k/a Jewel Barnes, | : | |
| | : | |
| Debtor. | : | |
| _____ _____ _____ _____ _____ _____ | : | _____ _____ _____ _____ _____ _____ |
| | : | |
| AUTOMOBILE ACCEPTANCE CORPORATION, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| RUBY JEWEL BARNES, Debtor, and JEFFREY K. KERR, Chapter 7 Trustee, | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached Motion To Delay Discharge by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Jeffrey K. Kerr
Chapter 7 Trustee
241 West Wieuca Road NE, Suite 130
Atlanta, GA 30342

Ruby Jewel Barnes
7351 Alden Ridge Rd.
Jonesboro, GA 30236

This 29th day of June, 2010.

/s/  Mark J. Windham
Mark J. Windham, GA Bar Number 113194