# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| RUBY JEWEL BARNES, <br>   a/k/a Jewel Barnes, | CASE NO.  10-72796-PWB |
| Debtor. | |
| ──── ──── ──── ──── ──── ──── | ──── ──── ──── ──── ──── ──── |
| AUTOMOBILE ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | CONTESTED MATTER |
| RUBY JEWEL BARNES, Debtor, and <br> JEFFREY K. KERR, Chapter 7 Trustee, | |
| Respondents. | |

## NOTICE OF NONACCEPTANCE OF REAFFIRMATION AGREEMENT

COMES NOW Automobile Acceptance Corporation ("Creditor") and files this Notice of Nonacceptance of Reaffirmation Agreement, showing the Court the following:

1.

Debtor filed this Chapter 7 case in the Northern District of Georgia, Atlanta Division.

2.

Debtor indicated an intention to reaffirm on an obligation to Creditor.

3.

Creditor presented Debtor with a reaffirmation agreement at the meeting of creditors held June 9, 2010. The agreement contained the specific terms on which Creditor would agree to allow Debtor to reaffirm the subject obligation. After the meeting of creditors, Debtor altered the terms of the agreement without Creditors' consent and filed the agreement without a signature from a representative of Creditor (Doc. No. 17). Creditor contends that the agreement is *prima facie* invalid; however, out of an abundance of caution, Creditor files this notice of nonacceptance of reaffirmation agreement to put on notice the Debtor, the Court, and any other interested party that Creditor has not consented to the terms of the agreement as filed and accordingly does not intend to be bound thereby.

RESPECTFULLY SUBMITTED, this 3rd day of August, 2010.

/s/ *Mark J. Windham*
Mark J. Windham
Georgia Bar No. 113194
Attorney for Creditor

Suite 3475, Georgia-Pacific Center
133 Peachtree Street, N.E.
Atlanta, GA 30303
(404) 589-1832
mjw@sicay-perrow.com

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached NOTICE OF NONACCEPTANCE OF REAFFIRMATION AGREEMENT by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Jeffrey K. Kerr
Chapter 7 Trustee
241 West Wieuca Road NE, Suite 130
Atlanta, GA 30342

Ruby Jewel Barnes
7351 Alden Ridge Rd.
Jonesboro, GA 30236

This 3rd day of August, 2010.


/s/  Mark J. Windham
Mark J. Windham
Georgia Bar Number 113194