**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Ruby Jewel Barnes**

Case No.: **10–72796–pwb**
Chapter: **7**

# FINAL DEFICIENCY NOTICE IN CHAPTER 7 CASE

Debtor or Debtors (hereinafter "Debtor") filed this Chapter 7 case and an application to pay the filing fee in installments. Debtor's application was granted, but Debtor has failed to pay timely the filing fee of $299.00 in full. Debtor owes a filing fee balance of **$ 224.00 .**

Pursuant to General Order No. 4 (Bankr. N.D.Ga., October 5, 2005), Debtor's failure to pay timely the filing fee in full warrants dismissal of the case. Unless Debtor pays the filing fee balance in full within 10 days of the entry of this Final Deficiency Notice, Debtor's case shall be dismissed, without Debtor receiving a discharge. If Debtor subsequently files a motion to reopen the case in order to pay the filing fee and receive a discharge, Debtor will also be required to pay the cost for filing a motion to reopen a case.

**ALL PAYMENTS MUST BE MADE BY CASH, MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT."**

United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

A copy of this Deficiency Notice shall be served on Debtor, Debtor's counsel and any trustee.

Dated:  September 8, 2010 .

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 305b